# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**KURRAN YUANTE WASHINGTON,**

    Plaintiff(s),

**-vs-**

    **CASE NO.    3:11-cv-91**

    **District Judge Timothy S. Black**
    **Magistrate Judge Sharon L. Ovington**

**WARDEN, Madison Correctional Institution,**

    Defendant(s).

## JUDGMENT IN A CIVIL CASE

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

**IT IS ORDERED AND ADJUDGED:** that the Report and Recommendations of the United States Magistrate Judge (Doc. 3) be **ADOPTED**; the Petition for writ of habeas corpus is **DISMISSED WITH PREJUDICE**; the Court certifies that, pursuant to 28 USC § 1915(a)(3), an appeal of this Order would not be taken in good faith; and this matter be **TERMINATED** on the docket of this Court with prejudice.

Date:   June 20, 2011                               **JAMES BONINI, CLERK**

                                                          By: <u>s/ M. Rogers</u>
                                                          Deputy Clerk